UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODERICK GOLDEN,

        Plaintiff,

    -v-                              5:21-CV-85

JOHN GAGNE *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                         OF COUNSEL:

RODERICK GOLDEN
Plaintiff, Pro Se
208 Melrose Avenue
Syracuse, NY 13206

DAVID N. HURD
United States District Judge

## ORDER ADOPTING REPORT & RECOMMENDATION

Pro se plaintiff Roderick Golden ("plaintiff") filed this action alleging that the named defendants violated his constitutional rights. Dkt. No. 1. Plaintiff also moved to appoint counsel and to proceed *in forma pauperis*. Dkt. Nos. 2, 3.

On April 21, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's motion for leave to proceed *in forma pauperis* and denied plaintiff's motion to appoint counsel. Dkt. No. 6. Judge Dancks further advised by

Report & Recommendation that plaintiff's complaint be dismissed without prejudice because it failed to provide sufficient information for the Court to review or for defendants to have fair notice of the claims against them. *Id.*

Plaintiff has not filed an objection, and the time period in which to do so has expired. Upon review for clear error, the Report & Recommendation is accepted and adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation is accepted and adopted; and

2. Plaintiff has thirty days from the date of this Order in which to file an amended pleading in accordance with the instructions set forth in footnote four of the Report & Recommendation.

IT IS SO ORDERED.

Dated: May 13, 2021
       Utica, New York.

David N. Hurd
U.S. District Judge