UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODERICK GOLDEN,

     Plaintiff,

   -v-       5:21-CV-85

JOHN GAGNE *et al.*,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:     OF COUNSEL:

RODERICK GOLDEN
Plaintiff, Pro Se
208 Melrose Avenue
Syracuse, NY 13206

DAVID N. HURD
United States District Judge

## **ORDER ON REPORT & RECOMMENDATION**

On January 25, 2021, *pro se* plaintiff Roderick Golden ("plaintiff") filed this action alleging that the named defendants violated his constitutional rights.  Dkt. No. 1.  Plaintiff also moved to appoint counsel and to proceed *in forma pauperis*.  Dkt. Nos. 2, 3.

On April 21, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's motion for leave to proceed *in forma pauperis* and denied plaintiff's

motion to appoint counsel.  Dkt. No. 6.  Judge Dancks further advised by
Report & Recommendation ("R&R") that plaintiff's complaint be dismissed
without prejudice because it failed to provide sufficient information for the
Court to review or for defendants to have fair notice of the claims against
them.  *Id*.  This Court adopted Judge Dancks's R&R on May 13, 2021.  Dkt.
No. 7.  Thereafter, plaintiff filed an amended complaint and another motion
to appoint counsel.  Dkt. Nos. 11, 12.

On July 21, 2021, Judge Dancks conducted an initial review of the
amended complaint and advised by R&R that the pleading be accepted for
filing.  Dkt. No. 13.  In particular, Judge Dancks recommended that
plaintiff's: (1) Fourth Amendment false arrest claim against defendants
Gagne and Root survive initial review; (2) Fourth Amendment malicious
prosecution claim against defendant Gagne survive initial review.  *Id*.
However, Judge Dancks recommended that plaintiff's remaining claims be
dismissed for failure to state a claim.  *Id*.  Judge Dancks further denied
plaintiff's motion for the appointment of counsel.  *Id*.

Plaintiff has filed objections.  Dkt. No. 14.  Upon *de novo* review of the
portions to which plaintiff has objected, the Report & Recommendation will
be accepted and adopted in all respects.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1.  The Report & Recommendation is ADOPTED;

2.  Plaintiff's amended complaint is accepted for filing;

3.  Plaintiff's Fourth Amendment false arrest claim against defendants Gagne and Root survives initial review and requires a response;

4.  Plaintiff's Fourth Amendment malicious prosecution claim against defendant Gagne survives initial review and requires a response;

5.  Plaintiff's remaining claims are dismissed pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted;

6.  The Clerk of the Court is directed to TERMINATE DA Fitzpatrick, Judge Marks, and Furlong as defendants;

7.  The Clerk of the Court shall provide plaintiff with blank summonses for service upon defendants Gagne and Root;

8.  The plaintiff shall complete these summonses and provide them to the Clerk within twenty-one days from the issuance of this opinion;

9.  Upon receipt from plaintiff of the completed summonses, the Clerk shall issue and forward them, along with a copy of the operative complaint and a packet containing General Order 25, which sets forth the Civil Case Management Plan used by the Northern District of New York, to the United States Marshal for service upon the defendants; and

10.  A response to the complaint shall be filed by defendants or their counsel as provided for in the Federal Rules of Civil Procedure.

IT IS SO ORDERED.


Dated:  August 26, 2021
          Utica, New York.

David N. Hurd
U.S. District Judge