# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Roderick Golden**
        Plaintiff(s)

   vs.                        **CASE NUMBER: 5:21-cv-85 (DNH/TWD)**

**John Gagne**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: DECISION and ORDER granting 85 Motion for Summary Judgment; denying 90 Motion for Reconsideration re 85 : ORDERED that Plaintiffs motion for reconsideration is DENIED; and Defendants motion for summary judgment is GRANTED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated January 3, 2024.

DATED: January 3, 2024

_signature_
Clerk of Court

s/Kathy Rogers
Deputy Clerk